**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00032-CMA-BNB

BRENDA SANTELLANO,

     Plaintiff,

v.

WAL-MART STORES, INC.,

     Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

     Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulation for Dismissal With Prejudice (Doc. # 12) signed by the attorneys for the

parties hereto, it is hereby

     ORDERED that this cause of action and all claims Plaintiff has pending against

Defendant Wal-Mart Stores, Inc. are DISMISSED WITH PREJUDICE, each party to pay

her or its own costs and attorneys' fees.

     DATED:  March __23__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge